No. 97–5009. MITCHELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5010. MASTERS v. CITY OF BELLFLOWER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5011. STEPHENS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5012. RIVERA-ROBLES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5013. SANDOVAL-REYNOSO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5014. SAVOY v. SAVOY. Sup. Ct. Tex. Certiorari denied.

No. 97–5015. MBADIWE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5016. MOODY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–5017. JAMISON v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5018. MAYBERRY v. MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5022. LIDMAN v. BARONE ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5024. MCKELLIP v. SORRELL, ANDERSON, LEHRMAN, WANNER & THOMAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–5025. MILLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5026. SUTHERLAND v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–5027. MIRANDA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.